# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ALLEN G. LOVE**
**DOB: xx/x/xx**
**PDID:**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 19, 2006 to December 14, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.**

in violation of Title **18** United States Code, Section(s) **2252**.

I further state that I am **DETECTIVE TIMOTHY PALCHAK**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**     ☒ Yes     ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**INTERNET CRIMES AGAINST CHILDREN**
**TASK FORCE**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at _____**Washington, D.C.**_____
Date                                              City and State

_____            _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

**AFFIDAVIT**

I, Timothy Palchak, after being duly sworn, do depose and state:

**Affiant's Background**

1. I have been a police officer with the Metropolitan Police Department in Washington, D.C. since 1994. In 2000, I was promoted to Detective Grade 2 and am currently serving at this rank.

2. During my twelve year tenure with the Metropolitan Police Department, I have been assigned to the Third District Patrol Operations and Prostitution Enforcement Unit. I am currently assigned to the Northern Virginia Regional Internet Crimes Against Children Task Force. I have received the following training: Family Violence and Child Protection, Basic Investigator Course, Interview and Interrogation, Sexual Assault Nurse Examination, Children's Hospital Conference on Responding to Child Maltreatment, Child Abuse and Child Exploitation Investigation Techniques, Undercover Internet Crimes Against Children (ICAC) Investigations Course, and Image Scanning.

3. I have made numerous arrests and interviewed numerous victims, witnesses, and suspects. I have participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations. In November of 2005, I received cross designation training from Immigration and Customs Enforcement (ICE).

4. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as upon information received from other individuals, to include other law enforcement officers who are assisting with this investigation, and my review of records and documents obtained during this investigation. In this case, I have also conferred with Special Agents from the Federal Bureau of Investigation's Chicago Field Office, Rockford Resident Agency,

and Washington, DC Field Office.

**Definitions/Terms**

5. MSN is a commercial computer service, also known as a commercial bulletin board, offering subscribers the ability to communicate online with other individuals through, inter alia, chat rooms, e-mail and/or instant messaging.

6. An Internet chat room is an electronic meeting room provided by MSN and other similar services that allows groups of two or more Internet users to have conversations. An Internet user using an Internet chat room chooses a unique identifier, i.e., a screen name, in order to identify himself or herself to other users of the service. To communicate using an MSN Internet chat room, each user must have access to a computer that is connected to the Internet such that it can communicate with MSN chat servers located in California. Each MSN chat room user can communicate with other users also logged in to MSN at the same time in real time through chat rooms, private chat rooms, or instant messages. Within the system, text messages as well as other types of messages (such as graphic images or photographs) can be sent to a user. Both text and graphics files can be saved to the user's computer's hard drive or other electronic media for access and printing at any time.

7. Computer as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

8. Internet Protocol address (IP address) refers to a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP)

assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

**The Investigation**

9.  This affidavit is being submitted for the limited purpose of obtaining an arrest warrant. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to charge Allen G. Love with a violation of Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." For purposes of this request for an arrest warrant, child pornography is defined as indicated at 18 U.S.C. § 2256(8)(A).

10. Allen G. Love is described as a white male, date of birth Xxxxxxx x, xxxx, social security number xxx-xx-xxxx, residing at xxx Xxxxx Xxxx Xxxxxx, Xxxxxxxxxx, Xxxxxxxx.

11. On Thursday, October 19, 2006, your affiant was acting in an undercover capacity as part of a multi-jurisdictional ICAC Task Force. Your affiant was operating out of a satellite office in Washington, DC. Your affiant entered an incest chat room (incesttaboochat) using the undercover screen name of "James." Using that screen name, your affiant met and had a brief conversation with an individual using the screen name "Al" who asked to see a picture of "James'" ten year-old daughter. Al added "James" to his MSN Messenger account. Al was using the email address cowboy1955.50@hotmail.com. Your affiant, posing as "James," was using the email address jamesdc1700@hotmail.com.

12. After the initial meeting in the incesttaboochat chat room, Al initiated a private chat with "James" on MSN. This private chat continued intermittently from October 19, 2006, until

December 14, 2006. Your affiant, posing as "James," sent to Al via the internet a picture of a small young child wearing a bathing suit with a panda bear on front of the bathing suit. Your affiant, posing as "James," told Al that the child in the photograph was "James'" 10 year-old daughter. Al told "James," "I would love to fuck her". Al asked "James" if "James" could send some nude pictures of the ten year-old daughter.

13. Al also asked "James" if he would bring his daughter to Chicago so that Al could have sex with her and get her pregnant. Al told "James" that Al could meet "James" at a hotel near Al's house so Al could have sex with "James'" ten year-old daughter.

14. During the course of the private chats, Al described himself as a 51 year-old male living west of Chicago with his mother. Using MSN Messenger, Al sent "James" via the internet approximately four images of children under the age of ten engaged in sexually explicit conduct. These images were received by your affiant in Washington, DC. Al also sent two short movie clips to "James" via MSN Messenger. One movie clip depicted a naked prepubescent child masturbating. The second clip depicted a sobbing prepubescent child being forcibly raped by an adult male. These movies were received by your affiant in Washington, DC. The images and movie clips received from Al were taken to the National Center for Missing and Exploited Children (NCMEC) for analysis. The images were compared with NCMEC's Child Recognition & Identification System (CRIS). The analysis resulted in two of the images being identified as known juvenile, (i.e. under the age of 18), victims of child sexual abuse.

15. Your affiant subpoenaed the subscriber information for email address cowboy1955.50@hotmail.com and for the IP address associated with that email address. The subpoena response revealed an account holder's name of Russ Love, with an address of xxx Xxxxx

Xxxx Xxxxxx, Xxxxxxxxxx, Xxxxxxx xxxxx.  Investigation of this address revealed that Allen G. Love, with a date of birth of Xxxxxxx x, xxxx, is associated with this address.

16.   On January 25, 2007, agents from the Federal Bureau of Investigation, with the assistance of the Stephenson County Sheriff's Department, executed a search warrant at xxx Xxxxx Xxxx Xxxxxx, Xxxxxxxxxx, Xxxxxxxx.  Allen G. Love was present at that location during the execution of the search warrant.  Love lives at this address with his mother and his niece.  Five computers were seized during the execution of the search warrant, including one homemade desktop, one Dell laptop, and one Compac Presario desktop.

17.   On January 25, 2007, FBI Agents Shannon McDaniel and Graig Peterson interviewed Allen G. Love.  Love told the agents that he knew they were at his home because of his online activities relating to child pornography.  He acknowledged use of the email address cowboy1955.50@yahoo.com.  Love said that he built most of the computers found at xxx Xxxxx Xxxx Xxxxxx, Xxxxxxxxxx, Xxxxxxxx.  He said that he has been building and repairing computers for the last fifteen years.

18.   Love stated that he has one laptop computer which he uses to access the internet, and one desktop computer which he uses to access the internet.  A laptop computer and a desktop computer were found in Love's bedroom.  Love told the FBI agents that he has five separate email addresses, and that he has sent and /or received images of child pornography on the following email addresses:

- maninblack200120012002@yahoo.com: Love stated that he uses this email address to chat online in places such as incest chat rooms.  He said that he has received child pornography on this account, and that he may have sent child

pornography from this account.

- cowboy1955.50@hotmail.com: Love said he uses this email address for MSN Messenger purposes. He said that he has received child pornography on this account.

19. Love admitted to chatting on-line with people in an incest taboo chat room, and he admitted to trading images of child pornography with people whom he met in the chat room. Love also admitted to utilizing the website www.hello.com, and stated that he has received images of child pornography through this website, and may have sent images of child pornography to others through this website. Love said that he became interested in child pornography approximately 5 years ago, and that he has regularly traded images of child pornography on-line since that time. Love stated that the last time he traded images of child pornography on-line was approximately two weeks prior to the January 25, 2007 execution of the search warrant.

20. Love told the FBI agents that when he receives an image of child pornography, he downloads it onto his computer. After viewing the image, Love decides if he wants to keep the image. Love also stated that he burns certain images to CDs to ensure that he does not lose the images.

21. FBI Agents searched one of Love's home-made desktops, and observed multiple images of what appeared to be child pornography, including:

- 0142.jpg: an image depicting a nude female toddler being vaginally penetrated by the penis of an adult male; and

- 0150.jpg: an image depicting a nude female infant being vaginally penetrated by an adult male's tongue.

22. FBI Agents searched Love's Dell laptop, and observed additional images of what appeared to be child pornography, including:

- 0266.jpg: an image of what appears to depict the genitals of a minor female being penetrated by a foreign object.

Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that Allen G. Love has violated Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." In consideration of the foregoing, your affiant respectfully requests that the United States District Court issue an arrest warrant for Allen G. Love.

_____
Detective Timothy Palchak
Internet Crimes Against Children Task Force
Metropolitan Police Department

Sworn and subscribed before me this \_\_\_\_\_ day of February 2007.

_____
United States Magistrate Judge