## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-027 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **ALLEN G. LOVE** | : | |
| | : | |

### NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Catherine K. Connelly at telephone number (202)616-3384 and/or email address: Catherine.Connelly2@usdoj.gov.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

        _____
        Catherine K. Connelly
        Assistant United States Attorney
        Federal Major Crimes Section
        Mass. Bar No. 649430
        555 4th Street, N.W. #4844
        Washington, DC 20001
        (202)616-3384; Fax: 353-9414