

## United States District Court
Northern District of Illinois - Western Division
211 South Court Street - Room 211
Rockford, Illinois 61101

Michael W. Dobbins,
Clerk

February 8, 2007

**FILED**

FEB 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   USA v. Love
      USDC No: 07 CR 50003

Dear Sir/Madam:

Enclosed is the certified record which is being removed to your court pursuant to an order entered by the Honorable P. Michael Mahoney on 2/07/07. The record includes an affidavit of warrant, two minute orders, a temporary detention order, a detention order, the commitment to another district and a certified copy of the docket sheet.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By   Julia M. Mitchell
     Deputy Clerk

Enclosures
New Case No.   07-023-M-01          Date

TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Rockford)
## CRIMINAL DOCKET FOR CASE #: 3:07-cr-50003 All Defendants
### Internal Use Only

Case title: USA v. Love
Other court case number: 07-023-M-01 District of Columbia

Date Filed: 02/02/2007
Date Terminated: 02/07/2007

Assigned to: Honorable P. Michael Mahoney

**Defendant**

**Allen G Love** (1)
*TERMINATED: 02/07/2007*

represented by **Paul Flynn**
Federal Defender
202 West State Street
600
Rockford, IL 61101
(815) 961-0800
Email: paul_flynn@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:2252.F

**Disposition**

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By: Julie Mitchell
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 2/8/07

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Monica V Mallory**<br>United States Attorney's Office<br>308 West State Street<br>Suite 300<br>Rockford, IL 61101<br>(815) 987-4444<br>Email: monica.mallory@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**AUSA - Rockford**<br>U.S. Attorney's Office<br>308 West State Street<br>Suite 300<br>Rockford, IL 61101<br>(815) 987-4444<br>Email: usailn.ecfrockford@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**MARS**<br>U.S. Marshal<br>211 S. Court St.<br>Rockford, IL 61101<br>*ATTORNEY TO BE NOTICED*<br><br>**PRO**<br>PROBATION OFFICE<br>211 S. Court<br>Rockford, Il 61101<br>987-4362<br>Email: Intake_Docket_ILNP@ilnp.uscourts.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**PTS**<br>211 S. Court St.<br>Rockford, IL 61101<br>Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2007 | | ARREST of defendant Allen G Love (jmm-r, ) (Entered: 02/02/2007) |

| | | |
|---|---|---|
| 02/02/2007 | 2 | MINUTE entry before Judge P. Michael Mahoney as to Allen G Love : Initial Appearance proceedings under Rule 5 held. Paul Flynn appointed as counsel. Defendant informed of rights. Financial affidavit due 2/09/07. Defendant waives right to an identity hearing. Court finds the defendant is the person named in the complaint. Defendant reserves right to a preliminary hearing in the District of Columbia. Defendant acknowledges for the purposes of the detention hearing that the presumption is triggered under the statute. USA moves for detention. Detention hearing set for 2/07/07 at 10:30 a.m. Enter order of detention pending hearing. Electronic notices. (jmm-r, ) (Entered: 02/02/2007) |
| 02/02/2007 | 1 | RULE 5 Affidavit signed by Judge P. Michael Mahoney as to defendant Allen G Love (jmm-r, ) (Entered: 02/02/2007) |
| 02/02/2007 | 3 | ORDER of Temporary Detention as to Allen G Love signed by Judge P. Michael Mahoney on 2/2/2007. (jmm-r, ) (Entered: 02/05/2007) |
| 02/07/2007 | 4 | MINUTE entry before Judge P. Michael Mahoney as to Allen G Love : Detention hearing held. Enter order of detention pending trial. US Marshal's Service is directed to transport the defendant to the District of Columbia. Electronic notices. (jmm-r, ) (Entered: 02/07/2007) |
| 02/07/2007 | 5 | ORDER of Detention as to Allen G Love signed by Judge P. Michael Mahoney on 2/7/2007. (jmm-r, ) (Entered: 02/07/2007) |
| 02/07/2007 | 6 | COMMITMENT to Another District signed by Judge P. Michael Mahoney on 2/07/07 as to Allen G Love (jmm-r, ) (Entered: 02/07/2007) |

FILED

FEB 0 2 2007

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA )
) Case No. 07 CR 50003
v. )
) Magistrate Judge Mahoney
ALLEN LOVE )

### AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDING

I, PETE KELL, personally appearing before United States Magistrate Judge P. Michael Mahoney and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that ALLEN LOVE has been charged by criminal complaint in the District of Columbia with a violation of Title 18, United States Code, Section 2252, for the offense of knowingly transporting or shipping in interstate or foreign commerce, by any means, including computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct. A copy of the criminal complaint is attached. I have further been informed that a warrant for the arrest of ALLEN LOVE has been issued pursuant to the criminal complaint. A copy of the warrant is attached.

_____
PETE KELL
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 2nd day of February, 2007

_____
P. MICHAEL MAHONEY
United States Magistrate Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By _____
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 2/8/07

FEB-02-2007 10:46      3539414                           3539414    P.03

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ALLEN G. LOVE
DOB: 10/3/55
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER: 07 - 023 - M - 01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 19, 2006 to December 14, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.

in violation of Title __18__ United States Code, Section(s) __2252__.

I further state that I am __DETECTIVE TIMOTHY PALCHAK__ and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes  ☐ No

Signature of Complainant
DETECTIVE TIMOTHY PALCHAK
INTERNET CRIMES AGAINST CHILDREN
TASK FORCE
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

FEB 01 2007                           at           Washington, D.C.
Date                                                City and State
ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer                    Signature of Judicial Officer

## AFFIDAVIT

I, Timothy Palchak, after being duly sworn, do depose and state:

### Affiant's Background

1. I have been a police officer with the Metropolitan Police Department in Washington, D.C. since 1994. In 2000, I was promoted to Detective Grade 2 and am currently serving at this rank.

2. During my twelve year tenure with the Metropolitan Police Department, I have been assigned to the Third District Patrol Operations and Prostitution Enforcement Unit. I am currently assigned to the Northern Virginia Regional Internet Crimes Against Children Task Force. I have received the following training: Family Violence and Child Protection, Basic Investigator Course, Interview and Interrogation, Sexual Assault Nurse Examination, Children's Hospital Conference on Responding to Child Maltreatment, Child Abuse and Child Exploitation Investigation Techniques, Undercover Internet Crimes Against Children (ICAC) Investigations Course, and Image Scanning.

3. I have made numerous arrests and interviewed numerous victims, witnesses, and suspects. I have participated in numerous child abuse investigations, child sex abuse investigations, and ICAC investigations. In November of 2005, I received cross designation training from Immigration and Customs Enforcement (ICE).

4. The facts and information contained in this affidavit are based on my personal knowledge and observations, as well as upon information received from other individuals, to include other law enforcement officers who are assisting with this investigation, and my review of records and documents obtained during this investigation. In this case, I have also conferred with Special Agents from the Federal Bureau of Investigation's Chicago Field Office, Rockford Resident Agency,

Page -1-

and Washington, DC Field Office.

**Definitions/Terms**

5.  MSN is a commercial computer service, also known as a commercial bulletin board, offering subscribers the ability to communicate online with other individuals through, inter alia, chat rooms, e-mail and/or instant messaging.

6.  An Internet chat room is an electronic meeting room provided by MSN and other similar services that allows groups of two or more Internet users to have conversations. An Internet user using an Internet chat room chooses a unique identifier, i.e., a screen name, in order to identify himself or herself to other users of the service. To communicate using an MSN Internet chat room, each user must have access to a computer that is connected to the Internet such that it can communicate with MSN chat servers located in California. Each MSN chat room user can communicate with other users also logged in to MSN at the same time in real time through chat rooms, private chat rooms, or instant messages. Within the system, text messages as well as other types of messages (such as graphic images or photographs) can be sent to a user. Both text and graphics files can be saved to the user's computer's hard drive or other electronic media for access and printing at any time.

7.  Computer as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

8.  Internet Protocol address (IP address) refers to a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP)

assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

### The Investigation

9. This affidavit is being submitted for the limited purpose of obtaining an arrest warrant. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to charge Allen G. Love with a violation of Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." For purposes of this request for an arrest warrant, child pornography is defined as indicated at 18 U.S.C. § 2256(8)(A).

10. Allen G. Love is described as a white male, date of birth October 3, 1955, social security number 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, residing at 117 North Mill Street, Cedarville, Illinois.

11. On Thursday, October 19, 2006, your affiant was acting in an undercover capacity as part of a multi-jurisdictional ICAC Task Force. Your affiant was operating out of a satellite office in Washington, DC. Your affiant entered an incest chat room (incesttaboochat) using the undercover screen name of "James." Using that screen name, your affiant met and had a brief conversation with an individual using the screen name "Al" who asked to see a picture of "James'" ten year-old daughter. Al added "James" to his MSN Messenger account. Al was using the email address cowboy1955.50@hotmail.com. Your affiant, posing as "James," was using the email address jamesdc1700@hotmail.com.

12. After the initial meeting in the incesttaboochat chat room, Al initiated a private chat with "James" on MSN. This private chat continued intermittently from October 19, 2006, until

Page -3-

December 14, 2006. Your affiant, posing as "James," sent to Al via the internet a picture of a small young child wearing a bathing suit with a panda bear on front of the bathing suit. Your affiant, posing as "James," told Al that the child in the photograph was "James'" 10 year-old daughter. Al told "James," "I would love to fuck her". Al asked "James" if "James" could send some nude pictures of the ten year-old daughter.

13. Al also asked "James" if he would bring his daughter to Chicago so that Al could have sex with her and get her pregnant. Al told "James" that Al could meet "James" at a hotel near Al's house so Al could have sex with "James'" ten year-old daughter.

14. During the course of the private chats, Al described himself as a 51 year-old male living west of Chicago with his mother. Using MSN Messenger, Al sent "James" via the internet approximately four images of children under the age of ten engaged in sexually explicit conduct. These images were received by your affiant in Washington, DC. Al also sent two short movie clips to "James" via MSN Messenger. One movie clip depicted a naked prepubescent child masturbating. The second clip depicted a sobbing prepubescent child being forcibly raped by an adult male. These movies were received by your affiant in Washington, DC. The images and movie clips received from Al were taken to the National Center for Missing and Exploited Children (NCMEC) for analysis. The images were compared with NCMEC's Child Recognition & Identification System (CRIS). The analysis resulted in two of the images being identified as known juvenile, (i.e. under the age of 18), victims of child sexual abuse.

15. Your affiant subpoenaed the subscriber information for email address cowboy1955.50@hotmail.com and for the IP address associated with that email address. The subpoena response revealed an account holder's name of Russ Love, with an address of 117 North

Page -4-

Mill Street, Cedarville, Illinois 61013. Investigation of this address revealed that Allen G. Love, with a date of birth of October 3, 1955, is associated with this address.

16. On January 25, 2007, agents from the Federal Bureau of Investigation, with the assistance of the Stephenson County Sheriff's Department, executed a search warrant at 117 North Mill Street, Cedarville, Illinois. Allen G. Love was present at that location during the execution of the search warrant. Love lives at this address with his mother and his niece. Five computers were seized during the execution of the search warrant, including one homemade desktop, one Dell laptop, and one Compac Presario desktop.

17. On January 25, 2007, FBI Agents Shannon McDaniel and Graig Peterson interviewed Allen G. Love. Love told the agents that he knew they were at his home because of his online activities relating to child pornography. He acknowledged use of the email address cowboy1955.50@yahoo.com. Love said that he built most of the computers found at 117 North Mill Street, Cedarville, Illinois. He said that he has been building and repairing computers for the last fifteen years.

18. Love stated that he has one laptop computer which he uses to access the internet, and one desktop computer which he uses to access the internet. A laptop computer and a desktop computer were found in Love's bedroom. Love told the FBI agents that he has five separate email addresses, and that he has sent and /or received images of child pornography on the following email addresses:

- maninblack200120012002@yahoo.com: Love stated that he uses this email address to chat online in places such as incest chat rooms. He said that he has received child pornography on this account, and that he may have sent child

Page -5-

pornography from this account.

- cowboy1955.50@hotmail.com: Love said he uses this email address for MSN Messenger purposes. He said that he has received child pornography on this account.

19. Love admitted to chatting on-line with people in an incest taboo chat room, and he admitted to trading images of child pornography with people whom he met in the chat room. Love also admitted to utilizing the website www.hello.com, and stated that he has received images of child pornography through this website, and may have sent images of child pornography to others through this website. Love said that he became interested in child pornography approximately 5 years ago, and that he has regularly traded images of child pornography on-line since that time. Love stated that the last time he traded images of child pornography on-line was approximately two weeks prior to the January 25, 2007 execution of the search warrant.

20. Love told the FBI agents that when he receives an image of child pornography, he downloads it onto his computer. After viewing the image, Love decides if he wants to keep the image. Love also stated that he burns certain images to CDs to ensure that he does not lose the images.

21. FBI Agents searched one of Love's home-made desktops, and observed multiple images of what appeared to be child pornography, including:

- 0142.jpg: an image depicting a nude female toddler being vaginally penetrated by the penis of an adult male; and

- 0150.jpg: an image depicting a nude female infant being vaginally penetrated by an adult male's tongue.

Page -6-

22.   FBI Agents searched Love's Dell laptop, and observed additional images of what appeared to be child pornography, including:

- 0266.jpg: an image of what appears to depict the genitals of a minor female being penetrated by a foreign object.

Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that Allen G. Love has violated Title 18, United States Code, Section 2252, titled "Certain activities relating to material involving the sexual exploitation of minors." In consideration of the foregoing, your affiant respectfully requests that the United States District Court issue an arrest warrant for Allen G. Love.

Detective Timothy Palchak
Internet Crimes Against Children Task Force
Metropolitan Police Department

Sworn and subscribed before me this ____ day of February 2007.

United States Magistrate Judge

Page -7-

```
02/01/2007  17:04   202-786-8262           CARFTF DC                      PAGE  03
FEB-01-2007  16:43      3539414                              3539414      P.02
```

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

ALLEN G. LOVE                         **WARRANT FOR ARREST**
DOB:

                                      CASE NUMBER: 0 - - 0 2 9 - M - 0 1

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ALLEN G. LOVE___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.

in violation of Title __18__ United States Code, Section(s) __2252__

                                      MAGISTRATE JUDGE
Name of Issuing Officer                Title of Issuing Officer

                                      FEB 01 2007  D.C.
Signature of Issuing Officer           Date and Location

Bail fixed at $_____ by _____
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## DEFENDANT'S INFORMATION SHEET

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___Allen G. Love___

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: ___Male___            RACE: ___White___

HAIR: _____       EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: ___Metropolitan Police Department___

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James Zagel | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50003 - 1 | **DATE** | 2/2/2007 |
| **CASE TITLE** | USA vs. ALLEN LOVE | | |

**DOCKET ENTRY TEXT:**

Initial Appearance proceedings under Rule 5 held. Paul Flynn appointed as counsel. Defendant informed of rights. Financial affidavit due February 9, 2007. Defendant waives right to an identity hearing. Court finds the defendant is the person named in the complaint. Defendant reserves right to a preliminary hearing in the District of Columbia. Defendant acknowledges for the purposes of the detention hearing that the presumption is triggered under the statute. USA moves for detention. Detention hearing set for February 7, 2007 at 10:30 am. Enter order of detention pending hearing.

Docketing to mail notices.

00:15

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By........[signature]........
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 2/8/07

| | Courtroom Deputy Initials: | GG |
|---|---|---|

07CR50003 - 1 USA vs. ALLEN LOVE                                                                                              Page 1 of 1

AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ALLEN LOVE<br><br>_____<br>*Defendant* | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number: 07 CR 50003-1 |

**FILED**

FEB -  2007

Upon motion of the _____United States_____, it is ORDERED that a detention hearing is set for ___February 7, 2007___ * at ___Magistrate Judge P. Michael Mahoney, U.S. District Court___
                                    *Date*                                        *Time*

before _____HONORABLE P. MICHAEL MAHONEY, MAGISTRATE JUDGE_____
                              *Name of Judicial Officer*

_____ROCKFORD, IL_____
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
                 *Other Custodial Official*

Date: ___February 2, 2007___                                   _____[signature]_____
                                                                *Judicial Officer*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By [signature]
DEPUTY CLERK
U. S. DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
DATE

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50003 - 1 | **DATE** | 2/7/2007 |
| **CASE TITLE** | USA vs. ALLEN G. LOVE | | |

**DOCKET ENTRY TEXT:**

Detention hearing held. Enter order of detention pending trial. US Marshal's Service is directed to transport the defendant to the District of Columbia.

Docketing to mail notices.

00:20

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By........ *Julia Mitchell* ........
   DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 2/8/07

| | Courtroom Deputy Initials: | GG |
|---|---|---|

AO 472 (Rev. 12/03) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

NORTHERN District of ILLINOIS

UNITED STATES OF AMERICA
V.
ALLEN G. LOVE
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 07 CR 50003-1

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

- [ ] (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a [ ] federal offense [ ] state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed - that is
  - [ ] a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  - [ ] an offense for which the maximum sentence is life imprisonment or death.
  - [ ] an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____*
  - [ ] a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
- [ ] (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- [ ] (3) A period of not more than five years has elapsed since the [ ] date of conviction [ ] release of the defendant from imprisonment for the offense described in finding (1).
- [ ] (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

- [X] (1) There is probable cause to believe that the defendant has committed an offense
  - [X] for which a maximum term of imprisonment of ten years or more is prescribed in 18 USC 2252A(a)(1)
  - [ ] under 18 U.S.C. § 924(c).
- [ ] (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

- [ ] (1) There is a serious risk that the defendant will not appear.
- [ ] (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

FILED
FEB -7 2007
Magistrate Judge P. Michael Mahoney
U.S. DISTRICT COURT

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by [X] clear and convincing evidence [ ] a preponderance of the evidence that
The court finds that no condition or combination of conditions can assure the presence of the defendant and the safety of the community. The presumption has been triggered, the defendant is unemployed, has no assets or property, no appropriate third party custodian and the proof of guilt is strong.

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

February 7, 2007
Date

*Signature of Judge*
P. MICHAEL MAHONEY, MAGISTRATE JUDGE
*Name and Title of Judge*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS
BY: _____
U. S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
DATE: 2/8/07

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __ILLINOIS__

UNITED STATES OF AMERICA
V.
ALLEN G. LOVE

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 07 CR 50003-1 | 07-027 | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. § 2252(a)(1)

**DISTRICT OF OFFENSE**
District of Columbia

**DESCRIPTION OF CHARGES:**

Transporting or shipping material involving child pornography

FILED
FEB 7 2007
Magistrate Judge P. Michael Mahoney
U.S. DISTRICT COURT

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |

Interpreter Required?  X No  ☐ Yes  Language:

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 7, 2007
Date

United States Judge or Magistrate Judge

A TRUE COPY
MICHAEL W. [signature], CLERK
By [signature]
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL 2/8/07 |