# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

ALLEN G. LOVE

CR: 07-027 (RBW)

**WARRANT FOR ARREST**

CASE NUMBER: 07-023-M-01

To: The United States Marshal
and any Authorized United States Officer

**FILED**

FEB 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest _____ALLEN G. LOVE_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, transport or ship in interstate or foreign commerce, by any means, including by computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct, and the visual depictions are of such conduct.

in violation of Title 18, United States Code, Section(s) 2252

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

FEB 01 2007 D.C.
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 2-1-07 | NAME AND TITLE OF ARRESTING OFFICER DAVID BALDWIN SDUSM | SIGNATURE OF ARRESTING OFFICER David Baldwin |
| DATE OF ARREST 2-27-07 | | |

1280852