UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-027 (RBW) |
| v. | : | **FILED** |
| ALLEN G. LOVE | : | FEB 2 7 2007 |
| | ORDER | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

Upon oral motion of the Government, and for good cause shown, it is this 27th day of February, 2007, hereby ORDERED that the United States Marshal Service transport the defendant, Allen G. Love, on the morning of February 28, 2007, to the United States District Court cellblock in Washington, D.C., and from there release him to the custody of Metropolitan Police Department Detective Jonathan Andrews, who will take the defendant to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on the charges contained in the indictment returned against him in this case. Upon the completion of the booking process, Love shall be returned no later than 3:00 p.m. to the cellblock at the United States District Court at 333 Constitution Avenue, N.W., Washington, D.C., for further transport back to the D.C. Jail by the United States Marshal Service.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE