## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | Criminal No: 07-27 (RBW) |
| | : | |
| | : | Violations: |
| v. | : | |
| | : | 18 U.S.C. §2252A(a)(1) and 2256 |
| | : | (Transporting or Shipping Material Involving |
| **ALLEN G. LOVE,** | : | Child Pornography) |
| | : | |
| Defendant. | : | 18 U.S.C. §2252A(a)(5) and 2256 |
| | : | (Possession of Material Involving Child |
| | : | Pornography) |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about December 7, 2006, within the District of Columbia and elsewhere, the defendant, **ALLEN G. LOVE**, knowingly transported and shipped in interstate and foreign commerce by any means, including by computer, child pornography.

(**Transporting or Shipping Material Involving Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2256)

## COUNT TWO

On or about January 25, 2007, within the Northern District of Illinois, the defendant, **ALLEN G. LOVE**, knowingly possessed items of child pornography, which had been transported, shipped, or mailed in interstate or foreign commerce, including by computer.

(**Possession of Material Involving Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(5) and 2256)

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar Number 498610

By: _____
CATHERINE CONNELLY
Mass. Bar # 649430
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4844
Washington, D.C.  20530
(202) 616-3384