AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

FILED
SEP 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

———————— DISTRICT OF ————————

| UNITED STATES OF AMERICA | |
|---|---|
| V. | WAIVER OF INDICTMENT |
| Allen Love | CASE NUMBER: 07-27 |

I, __Allen Love__, the above named defendant, who is accused of

Transporting or Shipping Material Involving Child Pornography

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Sept. 4, 2007__, prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer