FILED
SEP 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :     CRIMINAL NO. 07-27 (RBW)
                              :
v.                            :
                              :
ALLEN G. LOVE                 :
                              :

### GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSE:

   A.   The essential elements of the offense of Transporting or Shipping Material Involving Child Pornography, in violation of 18 U.S.C. § 2252A(a)(1) and 2256 are:

      i.   That the Defendant knowingly transported, shipped, or mailed, including by computer, in interstate or foreign commerce, an item or items of child pornography, and

      ii.  That at the time of such transportation, shipment, or mailing, including by computer, the Defendant believed that such items constituted or contained child pornography.

   B.   Definitions:

      i.   The term *child pornography* means any visual depiction including any photograph, film, video, picture, or computer or computer generated image

1

       or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct or such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

    ii.    The term *minor* means any person under the age of eighteen (18) years.

    iii.    The term *identifiable minor* means a person who was a minor at the time the visual depiction was created, adapted, or modified or whose image as a minor was used in creating, adapting or modifying the visual depiction and who is recognizable as an actual person by the person's face, likeness, or other distinguishing characteristic, such as a unique birthmark or other recognizable feature; provided that the Government is not required to prove the actual identity of the identifiable minor.

    iv.    The term *visual depiction* includes undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image.

II.    <u>COPY OF THE PLEA AGREEMENT</u>:

A copy of the plea agreement, not yet executed by the defendant, is attached.

III.    <u>PENALTIES</u>:

    A.    Pursuant to 18 United States Code § 2252A, Transporting or Shipping Material Involving Child Pornography carries a minimum sentence of 5 years

imprisonment and a maximum sentence of 20 years imprisonment.

IV.   FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

On Thursday, October 19, 2006, Metropolitan Police Detective Timothy Palchak was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children Task Force. Detective Palchak was operating out of a satellite office in Washington, DC. Detective Palchak entered an incest chat room (incesttaboochat) using the undercover screen name of "James." Using that screen name, Detective Palchak met and had a brief conversation with an individual using the screen name "Al" who asked to see a picture of "James'" ten year-old daughter. Al added "James" to his MSN Messenger account. Al was using the email address cowboy1955.50@hotmail.com. Detective Palchak, posing as "James," was using an undercover hotmail account.

After the initial meeting in the incesttaboochat chat room, Al initiated a private chat with "James" on MSN. This private chat continued intermittently from October 19, 2006, until December 14, 2006. Detective Palchak, posing as "James," sent to Al via the internet a picture of a small young child wearing a bathing suit with a panda bear on front of the bathing suit. Detective Palchak, posing as "James," told Al that the child in the photograph was "James'" 10 year-old daughter. Al told "James," "I would love to fuck her." Al asked "James" if "James" could send some nude pictures of the ten year-old daughter.

Al also asked "James" if he would bring his daughter to Chicago so that Al could have sex with her and get her pregnant. Al told "James" that Al could meet "James" at a hotel near

3

Al's house so Al could have sex with "James'" ten year-old daughter.

During the course of the private chats, Al described himself as a 51 year-old male living west of Chicago with his mother. Using MSN Messenger, Al sent "James" via the internet approximately four images of children under the age of ten engaged in sexually explicit conduct. These images were received by Detective Palchak in Washington, DC. Al also sent two short movie clips to "James" via MSN Messenger. One movie clip depicted a naked prepubescent child masturbating. The second clip depicted a sobbing prepubescent child being forcibly raped by an adult male. These movies were received by Detective Palchak in Washington, DC. The images and movie clips received from Al were taken to the National Center for Missing and Exploited Children (NCMEC) for analysis. The images were compared with NCMEC's Child Recognition & Identification System (CRIS). The analysis resulted in two of the images being identified as known juvenile, (i.e. under the age of 18), victims of child sexual abuse.

Detective Palchak subpoenaed the subscriber information for email address cowboy1955.50@hotmail.com and for the IP address associated with that email address. The subpoena response revealed an account holder's name of Russ Love, with an address of 117 North Mill Street, Cedarville, Illinois 61013. Investigation of this address revealed that Allen G. Love, with a date of birth of October 3, 1955, lived at this address.

On January 25, 2007, agents from the Federal Bureau of Investigation, with the assistance of the Stephenson County Sheriff's Department, executed a search warrant at 117 North Mill Street, Cedarville, Illinois. Allen G. Love was present at that location during the execution of the search warrant. Five computers were seized during the execution of the search warrant.

On January 25, 2007, FBI Agents interviewed Allen G. Love. Love told the agents that

he knew they were at his home because of his online activities relating to child pornography. He acknowledged use of the email address cowboy1955.50@hotmail.om. Love said that he built most of the computers found at 117 North Mill Street, Cedarville, Illinois.

Love stated that he has one laptop computer which he uses to access the internet, and one desktop computer which he uses to access the internet. Love admitted to chatting on-line with people in an incest taboo chat room, and he admitted to trading images of child pornography with people whom he met in the chat room. Love also admitted to utilizing the website www.hello.com, and stated that he has received images of child pornography through this website, and may have sent images of child pornography to others through this website. Love said that he became interested in child pornography approximately 5 years ago, and that he has regularly traded images of child pornography on-line since that time. Love stated that the last time he traded images of child pornography on-line was approximately two weeks prior to the January 25, 2007, execution of the search warrant.

FBI Agents searched Love's computers, where they located over 600 images of child pornography, including:

- 0142.jpg: an image depicting a nude female toddler being vaginally penetrated by the penis of an adult male; and

- 0150.jpg: an image depicting a nude female infant being vaginally penetrated by an adult male's tongue; and

- 0266.jpg: an image of what appears to depict the genitals of a minor female being penetrated by a foreign object.

The images located on Love's various computers during the FBI agents' search were taken to the National Center for Missing and Exploited Children (NCMEC), where they were

compared with NCMEC's Child Recognition & Identification System (CRIS). The analysis resulted in over 245 of the images being identified as known minors, (i.e. under age 18).

Love used a computer for the possession, transmission, and distribution of the child pornography he possessed. Furthermore, some of the images of child pornography possessed and distributed by Love involved a prepubescent minor or a minor who had not attained the age of 12 years. Finally, some of the images and video clips that the defendant possessed and distributed portrayed sadistic or masochistic conduct or other depictions of violence.

### Limited Nature of Proffer

This proffer of evidence is not intended to constitute a complete statement of all facts known by Allen Love or the government, but is instead a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The facts either were provided by Love or were otherwise known to the government. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for Love's plea of guilty.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

Catherine K. Connelly
Assistant United States Attorney
Federal Major Crimes Section
Mass. Bar No. 649430
555 4th Street, N.W. #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414

## DEFENDANT'S ACCEPTANCE

  I have read the above proffer and have discussed it with my attorney, Tony Miles, Esquire. I fully understand the proffer and agree to it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully. I am pleading guilty because I am in fact guilty of the offenses describe above.

Date: 9/4/07

Allen Love
Defendant