UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| vs. | : | Criminal No.   07- 0027 (RBW) |
| **ALLEN G. LOVE** | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**     Allen G. Love

**Name and address of appellant's attorney:**   Tony W. Miles
Neil Jaffee
Federal Public Defender
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

**Offense:**

Transporting or Shipping Materials Involving Child Pornography, in violation of 18 U.S.C. §§ 2252 A (a) (1) and 2256

**Concise statement of judgment or order, giving date, and any sentence:** Defendant Sentenced to One Hundred Eighty-Eight (188) Months Incarceration with credit for time served followed by Supervised Release for Life with special conditions

**Name of institution where now confined, if not on bail:** CTF

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| | |
|---|---|
| __12/19/07__ | _____Allen G. Love_____ |
| DATE | APPELLANT |

CJA, NO FEE  _____
PAID USDC FEE  _____ATTORNEY FOR APPELLANT
PAID USCA FEE  _____

Does counsel wish to appear on appeal? No
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

**CRIMINAL APPEAL DOCKETING STATEMENT**

**PART I**

1. Criminal Docket Number    07-0027 (RBW)
2. Case Name    US. v. Allen G. Love

3. Appellant's Name    Allen G. Love
3a. Appellant's Defendant No.    1
4. Date of Conviction    September 4, 2007
4a. Date of Sentence    December 7, 2007
5. Name of District Judge    Reggie B. Walton
6. Date Notice of Appeal Filed    December 19, 2007
7. Of what offense(s) was defendant convicted? Transporting or Shipping Materials Involving Child Pornography, in violation of 18 U.S.C. §§ 2252 A (a) (1) and 2256

8. What sentence was imposed? Defendant Sentenced to One Hundred Eighty-Eight (188) Months Incarceration with credit for time served followed by Supervised Release for Life with special conditions

9. How much of the sentence has defendant already served? Approx. 10 mths.

10. Is appellant challenging the conviction?    No

11. Is appellant challenging the sentence?    Yes

12. Is defendant currently incarcerated?    Yes
    If yes, place of incarceration.    CTF
    If no, address and phone number.    n/a

13. Has defendant moved for release pending appeal?    No

    If yes, date filed and disposition.    n/a

    Does defendant intend to file such a motion in the District Court?    No

14. Will appellant file a motion for release pending appeal in Court of Appeals?    No

15. Did appellant have court-appointed trial counsel? <u>Yes, Federal Public Defender</u>

16. Does appointed trial counsel wish to petition for appointment as appellate counsel pursuant to the Circuit Plan to Implement Criminal Justice Act?*

    (A "no" indication requires a statement of reasons).

    YES <u>   X   </u>   NO <u>         </u>

    If NO, Reason: <u>   n/a   </u>

17. Did defendant have retained counsel? <u>No</u>

If yes, will case proceed on appeal with retained counsel? <u>n/a</u>

**\*In all appeals of sentence of 8 months or less trial counsel is required to prosecute the appeal of sentence.**

    If no, will defendant seek appointment of counsel on appeal and has defendant filed motion to proceed in forma pauperis? <u>          </u>

**PART II-Transcripts**

1. Has counsel ordered transcripts __ CJA     __ PAID

    a. For appeal from conviction? <u>   No   </u>

    b. For Sentencing appeal?* <u>   No   </u>

    c. Other <u>          </u>

2. If, Yes when will transcripts be completed? <u>   n/a   </u>

3. Did counsel seek expedited preparation of sentencing transcripts? <u>   No   </u>

**PART III-Sentencing Appeals**

Appellant should only complete the following if appellant intends to challenge the sentence imposed.

1. Appellant Intends to Challenge District Court's Findings of Relevant Fact  __Yes__

2. Appellant Intends to Challenge the District Court's Specific Application of the Guidelines  __Yes__

3. Appellant contends District Court should have applied the following sentence range (from sentencing table; include also a statement as to which offense level and criminal history category are correct).  __TBD__

4. Appellant intends to challenge the validity of the statue or guidelines  __No__

5. Appellant intends to challenge denial of Motion to Compel Filing of Departure Motion.  __No__


Signature _____   Date:  __12/19/07__

Name of Counsel or Pro Se Litigant (Print)  __Tony W. Miles and Neil Jaffee__

Firm  __Office of the Federal Public Defender__

Phone  __(202) 208-7500__

Address  __625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004__

Counsel for Appellant (Name of Party)  __Allen G. Love__